**PETRIE SCHWARTZ LLP**
Irwin B. Schwartz (Bar No. 141140)
John V. Komar (Bar No. 169662)
2033 Gateway Place, Suite 500
San Jose, California 95110
Telephone: (408) 947-9099
Facsimile: (408) 947-9001

500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 421-1800
Facsimile: (617) 421-1810

Counsel for Plaintiff Riverdeep, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERDEEP, INC., a Limited Liability Company, a Delaware limited liability company,<br><br>   Plaintiff,<br><br>vs.<br><br>COMPACT MEDIA, INC. and IVY CHI, individually,<br><br>   Defendants. | Case No.: C05 03741 PJH<br><br>**STIPULATED INJUNCTION AND EXPEDITED DISCOVERY ORDER**<br><br>Hon. Phyllis J. Hamilton |

Plaintiff Riverdeep, Inc., LLC ("Riverdeep") and defendants Compact Media, Inc. and Ivy Chi ("Chi") (together, "Compact Media") stipulate and respectfully request that the Court order as follows:

1.   Riverdeep filed a complaint in this action September 15, 2005 alleging that Compact Media violated Riverdeep's copyrights by selling Riverdeep's software without a license. Riverdeep also alleged breach of contract and unfair business

STIPULATED INJUNCTION AND                                    Case No.: C05 03741 PJH
DISCOVERY ORDER

practices.

2. On September 28, 2005, Riverdeep notified Steven W. Strain, Compact Media's attorney, of Riverdeep's intent to seek a temporary restraining order to halt Compact Media's copyright infringement and also an order for expedited discovery.

3. Compact Media has now agreed to a stipulated injunction on the following terms, and has also agreed to provide Riverdeep with certain documents, as follows.

4  Compact Media shall not to sell or distribute any Riverdeep software title, with the sole exception of 700 copies of "Learn to Speak Spanish 8" that Compact Media previously purchased from Broderbund.

5. Compact Media shall not duplicate or replicate, or cause to have duplicated or replicated, any Riverdeep software title, and shall return to Riverdeep any "gold master" disks for Riverdeep products in its Compact Media's possession, custody, or control.  All such gold master disks shall be delivered to counsel for Riverdeep no later than October 5, 2005.

6. Compact Media shall produce to counsel for Riverdeep by no later than October 7, 2005 all documents in Compact Media's possession, custody and/or control that :

a. identify all sources from which Compact Media obtained Riverdeep software from September 15, 2001 to the present.

b. show each date Compact Media acquired Riverdeep software, the source, the titles obtained, including the edition, and the number of units for each title obtained from September 15, 2001 to the present (the "Transaction History").

c. identify all of Compact Media's replicators of Riverdeep software from September 15, 2001, to the present.

d. identify all transactions between Compact Media and the replicators used

STIPULATED INJUNCTION AND  
DISCOVERY ORDER

Case No.:  C05 03741 PJH

1 | by Compact Media from December 1, 2001 to the present, including documents identifying the dates of all Compact Media orders for replication of Riverdeep software, the details of each such order, and the volume of discs replicated for each such order.

   e.   show each sale by Compact Media of Riverdeep software from September 15, 2001 to the present; and

   f.   identify all Riverdeep software in Compact Media's inventory.

7.   Riverdeep and Compact Media acknowledge that the documents to be produced by Compact Media may reveal that Compact Media is entitled to sell additional Riverdeep software beyond that identified in paragraph 4, above. In that event, Riverdeep and Compact Media agree that this order may be modified by presenting a new stipulation to the court.

Date: September ___, 2005          PETRIE SCHWARTZ, LLP

                                   _____
                                   Irwin B. Schwartz
                                   John V. Komar
                                   Counsel for Riverdeep, Inc., LLC

Date: September 28, 2005

                                   _____
                                   Steven W. Strain
                                   Counsel for Compact Media and Ivy Chi

SO ORDERED,

STIPULATED INJUNCTION AND
DISCOVERY ORDER                                    Case No.: C05 03741 PJH

by Compact Media from December 1, 2001 to the present, including documents identifying the dates of all Compact Media orders for replication of Riverdeep software, the details of each such order, and the volume of discs replicated for each such order.

  e. show each sale by Compact Media of Riverdeep software from September 15, 2001 to the present; and

  f. identify all Riverdeep software in Compact Media's inventory.

  7. Riverdeep and Compact Media acknowledge that the documents to be produced by Compact Media may reveal that Compact Media is entitled to sell additional Riverdeep software beyond that identified in paragraph 4, above. In that event, Riverdeep and Compact Media agree that this order may be modified by presenting a new stipulation to the court.

Date: September 28, 2005  PETRIE SCHWARTZ, LLP

_____
Irwin B. Schwartz
John V. Komar
Counsel for Riverdeep, Inc., LLC

Date: September ___, 2005

_____
Steven W. Strain
Counsel for Compact Media and Ivy Chi

SO ORDERED,

_____
Hon. Phyllis J. Hamilton.

STIPULATED INJUNCTION AND  Case No.: C05 03741 PJH
DISCOVERY ORDER