PETRIE SCHWARTZ LLP
Irwin B. Schwartz (Bar No. 141140)
John V. Komar (Bar No. 169662)
2033 Gateway Place, Suite 500
San Jose, California 95110
Telephone: (408) 947-9099
Facsimile: (408) 947-9001

500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 421-1300
Facsimile: (617) 421-1810

Counsel for Plaintiff Riverdeep, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERDEEP, INC., a Limited Liability Company, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>COMPACT MEDIA, INC. and IVY CHI, individually,<br><br>Defendants. | Case No.: C05 03741 PJH<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br>Hon. Phyllis J. Hamilton |

IT IS HEREBY STIPULATED by and between Plaintiff Riverdeep, Inc., LLC ("Riverdeep") and defendants Compact Media, Inc. and Ivy Chi ("Chi") (together, "Compact Media"), through their designated counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of

///

STIPULATION FOR DISMISSAL        Case No.: C05 03741 PJH

Civil Procedure 41(a)(1).

Date: June 30, 2006

PETRIE SCHWARTZ, LLP

_____
Irwin B. Schwartz
John V. Komar
Counsel for Riverdeep, Inc., LLC

Date: June 30, 2006

_____
Steven W. Strain
Counsel for Compact Media and Ivy Chi

SO ORDERED.

7/10/06



IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION FOR DISMISSAL                Case No.: C05 03741 PJH